**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Guillermo ZAMORA–RIVERA, Defendant–Appellant.**

No. 99–50240.

D.C. No. CR–98–01008–MMM.

United States Court of Appeals, Ninth Circuit.

Submitted April 9, 2001.[1]

Decided April 19, 2001.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

MEMORANDUM[2]

Guillermo Zamora–Rivera appeals his 77–month sentence imposed following a guilty plea conviction for being an illegal alien found in the United States following deportation. Zamora–Rivera contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), it is illegal to impose a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based upon a prior felony to which he did not admit, and which was not submitted to a jury and proven beyond a reasonable doubt. Zamora–Rivera also contends that *Apprendi* limits *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense), because Zamora–Rivera did not admit to an aggravated felony, and it was not proven to a jury. These arguments are foreclosed by *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir. 2000), *amended* (Feb. 8, 2001) (order). *United States v. Castillo–Rivera,* 244 F.3d 1020, 1024 (9th Cir.2001).

Zamora–Rivera's request for this court to defer submission pending resolution of the petition for writ of certiorari in *Pacheco–Zepeda* is DENIED.

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.